Certificate Number: 12433-PAE-DE-031590925

Bankruptcy Case Number: 13-16055



12433-PAE-DE-031590925

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 9, 2018</u>, at <u>8:41</u> o'clock <u>PM EDT</u>, <u>Nadine Larson</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>September 9, 2018</u>          By:  <u>/s/Lance Brechbill</u>

Name:  <u>Lance Brechbill</u>

Title:  <u>Teacher</u>